# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In Re: __Charley Jefferson Alford__    :    Case No. __23-51438__

__Christy Marie Alford__    :    Chapter 13

Debtor(s)    :    Judge _____

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

__Speedy/Rapid Cash__ hereby gives notice that its address, as it relates to

Proof(s) of Claim Number(s) __13__, is changed as follows:

Prior Address:

**NOTICE ADDRESS:**
Attn: Bankruptcy Department
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006

**PAYMENT ADDRESS:**
PO Box 931789
Atlanta GA 31193-1789

Prepared by:

/s/ Gina Crum
Name

Gina Crum
Title

Bankruptcy Manager
Address

Attn: Bankruptcy Department
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S.

/s/ Gina Crum

Speedy/Rapid Cash

Attn: Bankruptcy Department

2312 E TRINITY MILLS RD STE 100

CARROLLTON TX 75006